Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARTY PAUL, an individual; and
BRIAN BUSKIRK, an individual,

    Plaintiffs,

v.

RBC CAPITAL MARKETS, LLC, a Minnesota limited liability company; ROYAL BANK OF CANADA, a Canadian corporation; and ROYAL BANK OF CANADA US WEALTH ACCUMULATION PLAN, an employee benefit plan,

    Defendants.

No. 3:16-cv-05616-RBL

STIPULATED MOTION FOR PROTECTIVE ORDER

Note on Motion Calendar:
**November 4, 2016**

Pursuant to LCR 26(c)(2), plaintiffs Marty Paul and Brian Buskirk ("Plaintiffs") and defendants RBC Capital Markets, LLC, Royal Bank of Canada, and Royal Bank of Canada US Wealth Accumulation Plan ("Defendants") (Plaintiffs and Defendants collectively, "the Parties") move this Court for an order to protect confidential, proprietary, and private information that warrants special protection.

The Stipulated Motion and [Proposed] Protective Order the Parties request that the Court enter is attached to this Motion as Exhibit 1. The only departures from the Western

STIPULATED MOTION
FOR PROTECTIVE ORDER
NO. 3:16-cv-05616-RBL – Page 1

YARMUTH WILSDON PLLC

1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

District of Washington's model protective order are in Section 2 and Section 9 of the order. As required by LCR 26(c)(2), attached hereto as Exhibit 2 is a redline version of the order identifying departures from the model order.

DATED: November 4, 2016

| | |
|---|---|
| **YARMUTH WILSDON PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: */s/ Jeremy E. Roller* | By: */s/ Matthew A. Russell* |
|    Jeremy E. Roller, WSBA No. 32021 |    Sari M. Alamuddin, admitted *pro hac vice* |
|    Elizabeth S. Weinstein, WSBA No. 45763 |    Christopher J. Boran, admitted *pro hac vice* |
| 1420 Fifth Avenue, Suite 1400 |    Matthew A. Russell, admitted *pro hac vice* |
| Seattle, WA 98101 | 77 West Wacker Drive, Fifth Floor |
| Phone:206.516.3800 | Chicago, IL 60601 |
| Fax: 206.516.3888 | Phone: 312.324.1000 |
| Email:jroller@yarmuth.com | Fax: 312.323.1001 |
|      eweinstein@yarmuth.com | Email: Sari.alamuddin@morganlewis.com |
| | Christopher.boran@morganlewis.com |
| *Attorneys for Plaintiffs Marty Paul and Brian Buskirk* | Matthew.russell@morganlewis.com |

**PERKINS COIE LLP**

Kevin J. Hamilton, WSBA No. 15648
William B. Stafford, WSBA No. 39849
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000
Email: KHamilton@perkinscoie.com
WStafford@perkinscoie.com

*Attorneys for Defendants RBC Capital Markets, LLC, Royal Bank of Canada, and Royal Bank of Canada US Wealth Accumulation Plan*

STIPULATED MOTION
FOR PROTECTIVE ORDER
NO. 3:16-cv-05616-RBL – Page 2

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**PERKINS COIE LLP**
Kevin J. Hamilton
William B. Stafford
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Email: KHamilton@perkinscoie.com
WStafford@perkinscoie.com

**MORGAN, LEWIS & BOCKIUS LLP**
Sari M. Alamuddin, *pro hac vice*
Christopher J. Boran, *pro hac vice*
Matthew A. Russell, *pro hac vice*
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Email: Sari.alamuddin@morganlewis.com
Christopher.boran@morganlewis.com
Matthew.russell@morganlewis.com

*Attorneys for Defendants RBC Capital Markets, LLC, Royal Bank of Canada, and Royal Bank of Canada US Wealth Accumulation Plan*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: November 4, 2016, at Seattle, Washington.

*s/Sue Stephens*
Sue Stephens, Legal Assistant

STIPULATED MOTION
FOR PROTECTIVE ORDER
NO. 3:16-cv-05616-RBL – Page 3



1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

714.01 qj311502 11/4/16