Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARTY PAUL, an individual; and BRIAN BUSKIRK, an individual,<br><br>                Plaintiffs,<br><br>    v.<br><br>RBC CAPITAL MARKETS, LLC, a Minnesota limited liability company; ROYAL BANK OF CANADA, a Canadian corporation; and ROYAL BANK OF CANADA US WEALTH ACCUMULATION PLAN, an employee benefit plan,<br><br>                Defendants. | No. 3:16-cv-05616-RBL<br><br>**JOINT STATUS REPORT** |

On February 8, 2018, this Court approved a Stipulated Motion Regarding Trial Date and Remaining Case Schedule (Dkt. No. 53). In the incorporated Order, this Court directed that remaining deadlines in the Court's Scheduling Order (Dkt. No. 21) be held in abeyance pending resolution of the Parties' cross-motions for summary judgment. The Court further ordered the Parties to submit to the Court an agreed-upon proposal for the remaining case schedule within 15 days of the Court's resolution of all cross-motions for summary judgment. On July 31, 2018, this Court issued an Order on Cross Motions for Summary

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

Judgment (Dkt. No. 57), which resolved the remaining summary judgment motions.

Counsel for Plaintiffs Marty Paul and Brian Buskirk ("Plaintiffs") and counsel for Defendants RBC Capital Markets, LLC, Royal Bank of Canada, and Royal Bank of Canada U.S. Wealth Accumulation Plan ("Defendants") (Plaintiffs and Defendants collectively, the "Parties") have met and conferred regarding the schedule for the remainder of this case. Pursuant to this Court's Order, the Parties jointly propose the following case schedule:

| Event | Proposed Deadline |
|---|---|
| Settlement Conference per LCR 39.1(c)(2) | October 19, 2018 |
| Mediation per LCR 39.1(c)(3) | November 20, 2018 |
| Letter of Compliance as to LCR 39.1 | December 4, 2018 |
| Agreed Pretrial Order or Witness and Exhibit Lists | December 14, 2018 |
| Tr. Briefs and Prop. Findings of Fact and Conclusions of Law | December 21, 2018 |
| Trial (3-4 days) | January 29, 2019 |

The Parties request that the Court enter an order setting the above-listed trial date and pretrial deadlines or, if the trial date is not convenient for the Court, dates similar to them.

DATED: August 15, 2018

| | |
|---|---|
| **YARMUTH WILSDON PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: */s/ Jeremy E. Roller* | By: */s/ Matthew A. Russell* |
|    Jeremy E. Roller, WSBA No. 32021 |    Sari M. Alamuddin, admitted *pro hac vice* |
|    Elizabeth S. Weinstein, WSBA No. 45763 |    Christopher J. Boran, admitted *pro hac vice* |
| 1420 Fifth Avenue, Suite 1400 |    Matthew A. Russell, admitted *pro hac vice* |
| Seattle, WA 98101 | 77 West Wacker Drive, Fifth Floor |
| Phone: 206.516.3800 | Chicago, IL 60601 |
| Fax:   206.516.3888 | Phone: 312.324.1000 |
| Email: jroller@yarmuth.com | Fax:   312.323.1001 |
|        eweinstein@yarmuth.com | Email: sari.alamuddin@morganlewis.com |
| |        christopher.boran@morganlewis.com |
| *Attorneys for Plaintiffs Marty Paul and Brian Buskirk* |        matthew.russell@morganlewis.com |

JOINT STATUS REPORT
NO. 3:16-cv-05616-RBL – Page 2

**Yarmuth Wilsdon** PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

**PERKINS COIE LLP**

By: */s/ William B. Stafford*
   Kevin J. Hamilton, WSBA No. 15648
   William B. Stafford, WSBA No. 39849
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax:    206.359.9000
Email: khamilton@perkinscoie.com
        wstafford@perkinscoie.com

*Attorneys for Defendants RBC Capital Markets, LLC, Royal Bank of Canada, and Royal Bank of Canada US Wealth Accumulation Plan*

JOINT STATUS REPORT
NO. 3:16-cv-05616-RBL – Page 3

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**PERKINS COIE LLP**
Kevin J. Hamilton
William B. Stafford
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Email: khamilton@perkinscoie.com
         wstafford@perkinscoie.com

**MORGAN, LEWIS & BOCKIUS LLP**
Sari M. Alamuddin, *pro hac vice*
Christopher J. Boran, *pro hac vice*
Matthew A. Russell, *pro hac vice*
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Email: sari.alamuddin@morganlewis.com
         christopher.boran@morganlewis.com
         matthew.russell@morganlewis.com

*Attorneys for Defendants RBC Capital Markets, LLC, Royal Bank of Canada, and Royal Bank of Canada US Wealth Accumulation Plan*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: August 15, 2018, at Seattle, Washington.

*s/Sue Stephens*
Sue Stephens, Legal Assistant



1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888