UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARTY PAUL, et al.,

    Plaintiffs,

v.

RBC CAPITAL MARKETS, LLC, et al.,

    Defendants.

No. 3:16-cv-05616-RBL

**Notice by Mediator Pursuant to CR 39.1(c)(7)**

Pursuant to CR 39.1(c)(7) of the Rules of the United States District Court for the Western District of Washington, the undersigned mediator hereby provides notice that (1) a mediation in this matter occurred on November 27, 2018; and (2) the case was resolved.

Dated this 28th day of November, 2018.

_____
Stew Cogan

NOTICE BY MEDIATOR PURSUANT TO CR 39.1(C)(7) - 1

STEW COGAN
1420 FIFTH AVENUE • SUITE 3400
SEATTLE, WASHINGTON 98101
T (206) 860-1000 • F (206) 860-4825