Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARTY PAUL, an individual; and BRIAN BUSKIRK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RBC CAPITAL MARKETS, LLC, a Minnesota limited liability company; ROYAL BANK OF CANADA, a Canadian corporation; and ROYAL BANK OF CANADA US WEALTH ACCUMULATION PLAN, an employee benefit plan,<br><br>Defendants. | No. 3:16-cv-05616-RBL<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>NOTE ON MOTION CALENDAR:<br>**December 21, 2018** |

**STIPULATED MOTION**

Plaintiffs Marty Paul and Brian Buskirk ("Plaintiffs") and defendants RBC Capital Markets, LLC, Royal Bank of Canada, and Royal Bank of Canada US Wealth Accumulation Plan ("Defendants") (Plaintiffs and Defendants collectively, the "Parties"), stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action should be dismissed with prejudice and without costs to any party.

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE
NO. 3:16-cv-05616-RBL – Page 1

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

DATED: December 21, 2018

| | |
|---|---|
| **YARMUTH WILSDON PLLC**<br><br>By: */s/ Jeremy E. Roller*<br>   Jeremy E. Roller, WSBA No. 32021<br>   Elizabeth S. Weinstein, WSBA No. 45763<br>1420 Fifth Avenue, Suite 1400<br>Seattle, WA 98101<br>Phone: 206.516.3800<br>Fax:    206.516.3888<br>Email: jroller@yarmuth.com<br>        eweinstein@yarmuth.com<br><br>*Attorneys for Plaintiffs Marty Paul and Brian Buskirk* | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>By: */s/ Matthew A. Russell*<br>   Sari M. Alamuddin, admitted *pro hac vice*<br>   Christopher J. Boran, admitted *pro hac vice*<br>   Matthew A. Russell, admitted *pro hac vice*<br>77 West Wacker Drive, Fifth Floor<br>Chicago, IL 60601<br>Phone: 312.324.1000<br>Fax:    312.323.1001<br>Email: sari.alamuddin@morganlewis.com<br>        christopher.boran@morganlewis.com<br>        matthew.russell@morganlewis.com<br><br>**PERKINS COIE LLP**<br><br>By: */s/ Kevin B. Hamilton*<br>   Kevin J. Hamilton, WSBA No. 15648<br>   William B. Stafford, WSBA No. 39849<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Phone: 206.359.8000<br>Fax:    206.359.9000<br>Email: khamilton@perkinscoie.com<br>        wstafford@perkinscoie.com<br><br>*Attorneys for Defendants RBC Capital Markets, LLC, Royal Bank of Canada, and Royal Bank of Canada US Wealth Accumulation Plan* |

STIPULATED MOTION AND ORDER
OF DISMISSAL WITH PREJUDICE
NO. 3:16-cv-05616-RBL – Page 2



1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

**ORDER**

Plaintiffs and Defendants in this action having resolved all disputes raised herein and having stipulated to an entry of an order of dismissal, IT IS HEREBY ORDERED that all claims raised herein be dismissed with prejudice and without an award of attorney's fees or costs to any party.

DATED this 24th day of December, 2018.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge

STIPULATED MOTION AND ORDER
OF DISMISSAL WITH PREJUDICE
NO. 3:16-cv-05616-RBL – Page 3

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888